UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON, | No. 2:14-cv-0580 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY HEALTH SERVICES, et al., | |
| Defendants. | |

Pending before the court is defendant Plasencia's[1] motion for a fourteen-day extension of time in which to file a response to plaintiff's motion for summary judgment (ECF No. 21). Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Plasencia's motion for an extension of time (ECF No. 24) is granted.

2. Defendant Plasencia's response to plaintiff's motion for summary judgment is due on or before March 27, 2015.

////

////

---

[1] Defendant was named in the complaint as R.N. Luisa. Pursuant to the Waiver of Service filed 02/11/15 (ECF No. 19), "Luisa" is defendant Plascencia's first name. The docket has been updated to reflect the true name of defendant Luisa Plascencia.

1

3. Defendant Plasencia's earlier-filed motion for an extension of time (ECF No. 23) is denied.

Dated: March 16, 2015

/john0580.36.msj

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE