1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JACKIE M. JOHNSON,                              No.  2:14-cv-0580 WBS KJN P

12                      Plaintiff,

13           v.                                        ORDER

14    CALIFORNIA MEDICAL FACILITY
      HEALTH SERVICES, et al.,
15
                      Defendants.
16

17

18           Plaintiff is a former state prisoner, proceeding pro se and in forma pauperis, with an action

19    filed pursuant to 42 U.S.C. § 1983.  On September 18, 2015, the assigned district judge ordered

20    that this action would proceed on plaintiff's third amended complaint.  (ECF No. 34).  On

21    November 2, 2015, the undersigned dismissed plaintiff's third amended complaint in order to

22    permit plaintiff to file an amended complaint that names Luisa Plasencia as the sole defendant

23    and includes the allegations against Plasencia contained in plaintiff's second amended complaint.

24    (ECF No. 37.)  Plaintiff has now filed an amended complaint.

25           In his fourth amended complaint,[1] plaintiff renews his Eighth Amendment claim against

26    _____

27    [1] Although the document is titled "Pretrial Statement and Discovery Order Affidavits to Testify,"
      the sentence below the caption states, "This is plaintiff's fourth amended complaint."  (See ECF
28    No. 38 at 1.)

                                                      1

1    defendant Luisa Plasencia, R.N.  (See ECF No. 38 at 2-3.)  Plaintiff has provided sufficient facts

2    to demonstrate a potentially cognizable claim for deliberate indifference to plaintiff's serious

3    medical needs based on Plasencia's alleged refusal to dress and wrap plaintiff's post-surgical

4    wound.  Therefore, the amended complaint states a potentially cognizable Eighth Amendment

5    claim for relief against defendant Plasencia pursuant to 42 U.S.C. § 1983 and 28 U.S.C. §

6    1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable

7    opportunity to prevail on the merits of this action.

8             In accordance with the above, IT IS HEREBY ORDERED that:

9        1.  The fourth amended complaint (ECF No. 38) states a potentially cognizable claim for

10            relief against defendant Plasencia.

11       2.  Because defendant Plasencia has previously appeared in this action and the court will

12            refer this case to the Post-Screening ADR project by order issued herewith, defendant

13            will not be required to file a response at this time.

14   Dated:  June 6, 2016

15

16                                                    KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE
17

18   /john0580.1amd

19

20

21

22

23

24

25

26

27

28

2