UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY HEALTH SERVICES, et al.,<br><br>         Defendants. | No.  2:14-cv-0580 WBS KJN P<br><br><br>ORDER |

     Plaintiff is a former state prisoner.  Plaintiff has now filed a change of address.  Defendant Plasencia shall file a response to the fourth amended complaint within twenty-one days from the date of this order.

     Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, defendant shall file a responsive pleading.

Dated:  December 27, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/john0580.res

1